IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: BEVERLY KNOLL                              )
                                                  )
AMERICAN HOME MORTGAGE SERVICING, INC.            )
AS SUCCESSOR IN INTEREST TO OPTION ONE/           )
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS          )
TRUSTEE IN TRUST FOR THE BENEFIT OF THE           )
CERTIFICATEHOLDERS FOR ARGENT SECURITIES          )
TRUST 2003-W7, ASSET-BACKED PASS-THROUGH          )
CERTIFICATES, SERIES 2003-W7,                     )
            Creditor,                             )
                                                  )
     vs.                                          )  CASE NO. 06B00209
                                                  )  JUDGE JOHN H. SQUIRES
BEVERLY KNOLL,                  Debtor            )
                                                  )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes American Home Mortgage Servicing, Inc. as successor in interest to Option One/Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Trust 2003-W7, Asset-Backed Pass-Through Certificates, Series 2003-W7, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the January 1, 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of February 1, 2010.

    a. Attorney's Fees              $250.00

    b. Late Charges                 $814.74

    c. Property Inspections         $206.50

    d. BPO                          $200.00

| | |
|---|---|
| e. Tax Delinquent | $22.00 |
| f. Appraisal | $200.00 |
| Total | $1,693.24 |

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, American Home Mortgage Servicing, Inc. as successor in interest to Option One/Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Trust 2003-W7, Asset-Backed Pass-Through Certificates, Series 2003-W7 rights to collect these amounts will remain unaffected.

Respectfully Submitted,
American Home Mortgage Servicing, Inc. as successor in interest to Option One/Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Trust 2003-W7, Asset-Backed Pass-Through Certificates, Series 2003-W7

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088